UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| PEDRO-JOSE CRUZ GUZMAN;<br><br>Plaintiffs,<br><br>v.<br><br>MARKWAYNE MULLIN, Secretary, Department of Homeland Security; JOSEPH EDLOW, Director, U.S. Citizenship & Immigration Services; Director, National Benefits Center, U.S. Immigration Services; AMANDA ROGERS, Field Office Director, Cleveland Field Office, U.S. Citizenship & Immigration Services.<br><br>Defendants. | ) | Case No. 1:26-cv-01416<br><br>Judge Christopher A. Boyko<br><br>So Ordered.<br><br>s/ Christopher A. Boyko<br>Senior United States District Judge |

**PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE**

NOTICE IS HEREBY GIVEN that pursuant to Federal Rule of Civil Procedure 41(a), Plaintiff, PEDRO-JOSE CRUZ GUZMAN, by and through his attorney, MJB IMMIGRATION, voluntarily dismisses, without prejudice, the Complaint in this action against all named Defendants. This Notice of Dismissal is being filed with the Court prior to service by Defendants of a responsive pleading. The immigration application that was the subject of this action has been adjudicated.

Dated: July 8, 2026

Respectfully Submitted,
/s/ Evan Hunt
MJB IMMIGRATION
6050 Oak Tree Blvd., Ste. 250
Independence, Ohio 44131